People v Green (2023 NY Slip Op 03174)

People v Green

2023 NY Slip Op 03174

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ. (Filed June 9, 2023.) 

MOTION NO. (1228/14) KA 13-00522.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
CURLIE GREEN, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.